Holwig Estate.

Argued May 26, 1943.  Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, PARKER and STEARNE, JJ.

72

74

*Douglass D. Storey,* of *Storey & Bailey,* with him *John H. Moody,* for appellant.

*Maurice R. Metzger,* of *Metzger & Wickersham,* with him *E. Le Roy Keen,* for appellees.

PER CURIAM October 1, 1943:

The decree of the Court below is affirmed on the opinion of President Judge RICHARDS.

Costs to be paid by the appellant.